| PROB 22 [EDTN51] (1/98) | TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Tran. Court)* 1:03-CR-147-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 3:13-00181-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Walling Keith Bradford 6002 Porter Drive Harrison, TN 37341 | ED/TN | | |
| | NAME OF SENTENCING JUDGE Curtis L. Collier | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7-6-2012 | TO 6-6-2017 |

OFFENSE
Conspiracy to Distribute 50 Grams or More of Cocaine Base & 500 Grams or More of Cocaine Hydrochloride

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF TENNESSEE</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| | |
|---|---|
| _____ *Date* | /s/ Curtis L. Collier *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| 10-21-13 *Effective Date* | [signature] *United States District Judge* |